■ DEBRA McCLEARY, Respondent, v ISIDOR HEFTER, Defendant, and RICHARD J. BRADY et al., Appellants. [599 NYS2d 81] —In an action to recover damages for personal injuries, the defendants Richard J. Brady and Lione Express, Inc., appeal from an order of the Supreme Court, Queens County (Rutledge, J.), dated April 15, 1991, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, with costs, the motion is granted, the complaint is dismissed insofar as it is asserted against the defendants Richard J. Brady and Lione Express, Inc., and the action against the remaining defendant is severed.

Any assessment of the "significance" of a bodily limitation necessarily requires consideration not only of the extent or degree of the limitation but of its duration as well (Partlow v Meehan, 155 AD2d 647). In this case, the report of Dr. Wani, which indicated that the plaintiff's range of motion was normal less than three months after the accident, negated any claim of significant limitation (Partlow v Meehan, supra; see also, Thrall v City of Syracuse, 60 NY2d 950). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ MYRA McLEAN, Respondent-Appellant, v BAPTIST MEDICAL CENTER OF NEW YORK et al., Appellants-Respondents, A. SROKA, Respondent, et al., Defendants. [599 NYS2d 991] —Appeal and cross appeal from stated portions of an order of the Supreme Court, Kings County (Pizzuto, J.), dated April 1, 1991.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, with one bill of costs payable by the plaintiff to the defendant A. Sroka, for reasons stated by Justice Pizzuto at the Supreme Court. Balletta, J. P., Rosenblatt, Miller and Joy, JJ., concur.

■ CLAIRE MEADOW, Appellant, v MERNA POPPER et al., Respondents. [599 NYS2d 987] —In an action to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Westchester County (Coppola, J.), entered May 21, 1991, which sua sponte transferred the action from the Supreme Court to the Harrison Town Court.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Coppola at the Supreme Court. Thompson, J. P., Sullivan, Ritter and Santucci, JJ., concur.